**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| OPPORTUNITIES AFFORDED PLUS LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO.: 1:22-cv-01538-RJL |
| TRACEY TURNER, a Washington D.C. resident, and TURNER DEVELOPMENT LLC, a Washington D.C. limited liability corporation | ) ) ) ) | |
| Defendants. | | |

**JOINT NOTICE OF SETTLEMENT AND REQUEST TO VACATE CASE MANAGEMENT DEADLINES**

Plaintiff Opportunities Afforded Plus LLC ("OA") and Defendants Turner Development LLC and Tracey Turner (collectively, "Defendants") jointly wish to inform the Court that the parties have reached a stipulated settlement of the above-captioned action. The parties will prepare dismissal papers and file them in the next ten (10) days. The parties jointly request that the Court vacate the current case management order and all other upcoming hearings and deadlines, and hold in abeyance all pending motions.

Respectfully submitted, this 29th day of August, 2022.

*[Signatures on following pages]*

*/s/ Kimberly Delk Eason*
Kimberly Delk Eason
(Bar ID. GA0032)
TROUTMAN PEPPER HAMILTON SANDERS LLC
600 Peachtree St. NE Suite 3000
Atlanta, Georgia 30308
Phone: (757) 269–6977
Email: kimberly.eason@troutman.com

*Attorney for Opportunities Afforded Plus LLC*

AND

By: */s/ Elton F. Norman*
Elton F. Norman, Esquire
Bar No. 452831
8720 Georgia Avenue, Suite 1000
Silver Spring, MD 20910
(301) 588-4888 (ph)
(301) 567-3544 (fax)
enorman@normanlawfirm.net

*Attorney for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 29, 2022, a copy of the foregoing Notice of Settlement and Request to Vacate Case Management Deadlines was filed electronically through the Court's CM/ECF System on the following:

Elton F. Norman, Esquire
Bar No. 452831
8720 Georgia Avenue, Suite 1000
Silver Spring, MD 20910
(301) 588-4888 (ph)
(301) 567-3544 (fax)
enorman@normanlawfirm.net

Respectfully submitted, this 29th day of August, 2022

/s/ Kimberly Delk Eason
Kimberly Delk Eason
(Bar ID. GA0032)
TROUTMAN PEPPER HAMILTON SANDERS LLC
600 Peachtree St. NE Suite 3000
Atlanta, Georgia 30308
Phone: (757) 269–6977
Email: kimberly.eason@troutman.com

*Attorney for Opportunities Afforded Plus LLC*